**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: Jonathan R. Rodriguez          CHAPTER 13
            Debtor(s)

                                          BKY. NO. 22-11316 MDC

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

      Kindly enter my appearance on behalf of PENNYMAC LOAN SERVICES, LLC and index same on the master mailing list.

                                      Respectfully submitted,

                                      /s/ Rebecca Solarz
                                      Rebecca Solarz
                                      25 May 2022, 15:31:09, EDT

                                 KML Law Group, P.C.
                                 701 Market Street, Suite 5000
                                 Philadelphia, PA 19106-1532
                                 (215) 627-1322