Certificate Number: 03088-PAE-DE-036670404

Bankruptcy Case Number: 22-11316



03088-PAE-DE-036670404

# C<small>ERTIFICATE</small> O<small>F</small> D<small>EBTOR</small> E<small>DUCATION</small>

I CERTIFY that on July 8, 2022, at 2:43 o'clock PM CDT, Jonathan R Rodriguez completed a course on personal financial management given by internet by Debt Education and Certification Foundation, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:  July 8, 2022  By:  /s/Doug Tonne

Name:  Doug Tonne

Title:  Counselor