# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

          Chapter 13

          Bankruptcy No. 22-11316-MDC

    JONATHAN R RODRIGUEZ

    4977 PENNWAY STREET

    PHILADELPHIA, PA 19124

        Debtor

## <u>CERTIFICATE OF SERVICE</u>

    **AND NOW**, comes Kenneth E. West, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

    JONATHAN R RODRIGUEZ

    4977 PENNWAY STREET

    PHILADELPHIA, PA 19124

Counsel for debtor(s), by electronic notice only.

    BRAD J. SADEK ESQ
    SADEK AND COOPER LAW FIRM
    1500 JFK BLVD., SUITE 220
    PHILADELPHIA, PA 19102-

                  /S/ Kenneth E. West

Date: 11/22/2022          _____

                  Kenneth E. West, Esquire
                  Chapter 13 Standing Trustee