# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

-------------------------------------------------------x
In re:                                         :
                                               :     Chapter 13
JONATHAN R. RODRIGUEZ,                         :
                                               :     Bankruptcy No. 22-11316 (MDC)
        Debtor.                                :
-------------------------------------------------------x

## PRAECIPE TO WITHDRAW CLAIM

TO THE CLERK OF THE BANKRUPTCY COURT:

Kindly withdraw Claim 6-1 filed by the City of Philadelphia/School District of Philadelphia on October 21, 2022.

Respectfully submitted,

THE CITY OF PHILADELPHIA

Dated: January 19, 2023        By:    */s/ Megan N. Harper*
                                      MEGAN N. HARPER
                                      Senior Attorney
                                      PA Attorney I.D. 81669
                                      Attorney for the City of Philadelphia
                                      City of Philadelphia Law Department
                                      Municipal Services Building
                                      1401 JFK Boulevard, 5th Floor
                                      Philadelphia, PA  19102-1595
                                      215-686-0503 (phone)
                                      Email: Megan.Harper@phila.gov