# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

                                     Chapter 13

                                     Bankruptcy No. 22-11316-MDC

JONATHAN R RODRIGUEZ

4977 PENNWAY STREET

PHILADELPHIA, PA 19124

               Debtor

## <u>CERTIFICATE OF SERVICE</u>

       **AND NOW**, comes Kenneth E. West, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

   Debtor(s), at the address listed, by first class mail.

     JONATHAN R RODRIGUEZ

     4977 PENNWAY STREET

     PHILADELPHIA, PA 19124

Counsel for debtor(s), by electronic notice only.

     BRAD J. SADEK ESQ
     SADEK AND COOPER LAW FIRM
     1500 JFK BLVD., SUITE 220
     PHILADELPHIA, PA 19102-

                              /S/ Kenneth E. West

Date: 8/9/2023                     _____

                               Kenneth E. West, Esquire
                               Chapter 13 Standing Trustee