# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE: Jonathan R. Rodriguez**<br>        **Debtor(s)**<br><br>**PENNYMAC LOAN SERVICES, LLC**<br>        **Movant**<br>  vs.<br><br>**Jonathan R. Rodriguez**<br>        **Debtor(s)**<br><br>**Kenneth E. West,**<br>        **Trustee** | **BK NO. 22-11316 MDC**<br><br>**Chapter 13**<br><br>**Related to Claim No. 3** |

## CERTIFICATE OF SERVICE
## NOTICE OF MORTGAGE PAYMENT CHANGE

I, Mark A. Cronin of KML Law Group, P.C., certify that I am, and at all times hereinafter mentioned was, more than 18 years of age and that on May 12, 2023, I served the above captioned pleading, filed in the proceeding on the parties at the addresses shown below;

Debtor(s)
Jonathan R. Rodriguez
4977 Pennway Street
Philadelphia, PA 19124

Attorney for Debtor(s) (via ECF)
Brad J. Sadek, Esq.
1315 Walnut Street
Suite 502
Philadelphia, PA 19107

Trustee (via ECF)
Kenneth E. West
Office of the Chapter 13 Standing Trustee
1234 Market Street - Suite 1813
Philadelphia, PA 19107

Method of Service:  electronic means or first-class mail

Dated: May 12, 2023

                                    */s/ Mark A. Cronin*
                                    Mark A. Cronin Esquire
                                    Attorney I.D. 58240
                                    KML Law Group, P.C.
                                    BNY Mellon Independence Center
                                    701 Market Street, Suite 5000
                                    Philadelphia, PA 19106
                                    215-627-1322
                                    mcronin@kmllawgroup.com